AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

LARRY HERNANDEZ

**APPEARANCE**

Case Number: 07-mj-00662

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

LARRY HERNANDEZ

I certify that I am admitted to practice in this court.

| | |
|---|---|
| May 14, 2007 | *signature* |
| Date | Signature |
| | Louis M. Freeman / 7567 |
| | Print Name / Bar Number |
| | 30 Vesey Street, Suite 100 |
| | Address |
| | New York, NY 10007 |
| | City / State / Zip Code |
| | (212) 608-0808 / (212) 962-9696 |
| | Phone Number / Fax Number |