UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x

UNITED STATES OF AMERICA

    v.

LARRY HERNANDEZ,

           Defendant.

---------------------------------x

JUDGE STEIN

NOTICE OF INTENT
TO FILE AN INFORMATION

07 Cr.

**07 CRIM 839**

    Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
            August 30, 2007

                        MICHAEL J. GARCIA
                        United States Attorney

By: _____
     Marshall A. Camp
     Assistant United States Attorney

AGREED AND CONSENTED TO:

By: _____
     Louis Freeman, Esq.
     Attorney for Larry Hernandez

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/31/07

8/31/07 WheelA