UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA        :

    -v-                         :    INFORMATION

LARRY HERNANDEZ,                :

        Defendant.              **07 CRIM. 839**

- - - - - - - - - - - - - - - -x

## COUNT ONE

The United States Attorney charges:

1. In or about April 2007, in the Southern District of New York, LARRY HERNANDEZ, the defendant, unlawfully, intentionally, and knowingly, did distribute and possess with intent to distribute a controlled substance, to wit, 100 and more marijuana plants.

(Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(B); Title 18, United States Code, Section 2.)

## FORFEITURE ALLEGATION

2. As a result of committing the foregoing controlled substance offense alleged in Count One of this Information, LARRY HERNANDEZ, the defendant, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any and all property, real and personal, that constitutes or is derived, directly or indirectly, as a result of the offenses and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count One of this Information.

of this Information.

        3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    (i) cannot be located upon the exercise of due diligence;

    (ii) has been transferred or sold to, or deposited with, a third party;

    (iii) has been placed beyond the jurisdiction of the court;

    (iv) has been substantially diminished in value; or

    (v) has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 18, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property.

(Title 21, United States Code, Sections 841 and 853.)

_____
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA

- v -

LARRY HERNANDEZ,

Defendant.

**INFORMATION**

07 Cr. _____

(Title 21, United States Code,
Sections 812, 841(a)(1), 841(b)(1)(B),
and 853; Title 18, United States Code,
Section 2.)

MICHAEL J. GARCIA
United States Attorney.

9/6/07 — Waiver of Indt filed
Deft w/atty Freeman; Deft arraigned

-3-