UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

LARRY HERNANDEZ,

        Defendant.

07 CRIM. 839

WAIVER OF INDICTMENT

07 Cr. ____ (SHS)

- - - - - - - - - - - - - - - - x

    The above-named defendant, who is accused of violating Title 21, United States Code, Sections 812, 841(a)(1) and 841(b)(1)(B), being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                        _____
                                        LARRY HERNANDEZ

                                        _____
                                        Louis Freeman, Esq.
                                        Attorney for Larry Hernandez

                 Witness: _____

Date:    New York, New York
         September 6, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 0 6 2