```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :
                                 :
        - v. -                   :    ORDER
                                 :
LARRY HERNANDEZ,                 :    07 Cr. 839 (SHS)
                                 :
            Defendant.           :
                                 :
- - - - - - - - - - - - - - - - x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/18/07

WHEREAS, with defendant Larry Hernandez's consent, his guilty plea allocution was taken before the Honorable Theodore H. Katz, United States Magistrate Judge, on September 20, 2007;

WHEREAS, a transcript of the allocution was made and thereafter transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the plea of guilty to Count One of the Information knowingly and voluntarily, and that there is a factual basis for the guilty plea,

IT IS ORDERED that defendant Larry Hernandez's guilty plea be, and hereby is, ACCEPTED.

Dated:   October 18, 2007.

HONORABLE SIDNEY H. STEIN
UNITED STATES DISTRICT JUDGE