12/06/2007 15:51 2129629696 SUITE 100 PAGE 02/02

Case 1:07-cr-00839-SHS   Document 23   Filed 12/07/2007   Page 1 of 1

Received: Dec 6 2007 02:50pm

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/7/07

# FREEMAN NOOTER & GINSBERG
## ATTORNEYS AT LAW

LOUIS M. FREEMAN
THOMAS H. NOOTER*
LEE A. GINSBERG

CHARLENE RAMOS
OFFICE MANAGER

*NY AND CALIF. BARS


RECEIVED
DEC - 6 2007
CHAMBERS OF
JUDGE SIDNEY H. STEIN
U.S.D.J.

THE UNDERWOOD BUILDING
30 VESEY STREET, SUITE 100
NEW YORK, N.Y. 10007

(212) 608-0808
TELECOPIER (212) 962-9696
E-MAIL: FNGLAW@AOL.COM

December 6, 2007

VIA FACSIMILE (212 805 7924)

Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 23A
New York, New York 10007

**Re: *United States v. Larry Hernandez*
07 Cr. 839-01**

Dear Judge Stein:

We represent Larry Hernandez with respect to the above captioned matter. We respectfully request an adjournment of the sentence hearing that is scheduled for December 13, 2007. This is the first request for an adjournment. AUSA Marshal Camp consents to this request.

Accordingly, it is respectfully requested that the sentence hearing be adjourned thirty days to a date and time that is convenient to the court.

Sincerely,

Louis Freeman / by James C[...]
Louis M. Freeman, Esq.

cc: AUSA Marshal Camp (via fax: 212 637 2390)

*The sentencing is adjourned Jan. 17, 2008, at 4:30 pm.*

SO ORDERED 12/6/07

SIDNEY H. STEIN
U.S.D.J.