

RECEIVED

FREEMAN, NOOTER & GINSBERG
ATTORNEYS AT LAW

JAN 1 1 2008

LOUIS M. FREEMAN
THOMAS H. NOOTER*
LEE A. GINSBERG

CHAMBERS OF
CHARLENE RAMOS          JUDGE SIDNEY H. STEIN
OFFICE MANAGER                  U.S.D.J.

*NY AND CALIF. BARS

THE UNDERWOOD BUILDING
30 VESEY STREET, SUITE 100
NEW YORK, N.Y. 10007

(212) 608-0808
TELECOPIER (212) 962-9696
E-MAIL: FNGLAW@AOL.COM

January 10, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/14/08

**BY FAX and ECF**

Hon. Sidney H. Stein
United States District Judge
U.S. Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>United States v. Larry Hernandez</u>
07 CR 839 (SAS) ( S HS )

Dear Judge Stein:

With the consent of the government by Marshall Camp, and without any prior requests
for adjournments having been made, we write to request an adjournment of the sentence in the
above case presently scheduled for January 17, 2008, at 4:30 p.m., until February 4,6, or 7, at the
court's convenience.

Respectfully submitted,

Louis M. Freeman

The sentencing is adjourned
to Feb. 4, 2008, at 4:30 pm.

SO ORDERED 1/14/08

SIDNEY H. STEIN
U.S.D.J.